JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLACRES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABM INDUSTRIES ) <br> INCORPORATED; ABM ) <br> SECURITY SERVICES, INC.; ) <br> SECURITY SERVICES ) <br> AMERICA, INC. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 07-5327-VAP (AGRx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>May 18, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge