JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLACRES, ) | Case No. CV 07-5327-VAP |
| ) | (AGRx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| ABM INDUSTRIES ) | |
| INCORPORATED; ABM ) | |
| SECURITY SERVICES, INC.; ) | |
| SECURITY SERVICES ) | |
| AMERICA, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>May 18, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge