UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 07-5327-VAP (AGRx) | Date  May 18, 2009 |

Title   CARLOS VILLACRES, individually, and on behalf of other members of the general public similarly situated -v- ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABM SECURITY SERVICES, INC., a California corporation; SECURITY SERVICES AMERICA, INC., a California corporation; and DOES 1 through 10, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew Theriault | Keith Jacoby |

Proceedings:   DEFENDANTS ABM INDUSTRIES, INC., ABM SECURITY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT (filed 3/19/09)

     Court issues a tentative ruling, hears oral argument and takes the matter under submission.

                                                                              -   :   35

                                                                         Initials of Preparer   md