FILED

UNITED STATES COURT OF APPEALS

MAY 28 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| CARLOS VILLACRES, | No. 09-80050 |
|---|---|
| Petitioner, | D.C. No. 2:07-cv-05327-VAP Central District of California, Los Angeles |
| v. | |
| ABM INDUSTRIES INC., a Delaware Corporation; et al., | ORDER |
| Respondents. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Before: LEAVY and CALLAHAN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's January 15, 2009 and February 26, 2009 orders denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

nmg/MOATT

09-80050